57 A.3d 1100

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GARY JACQUES, DEFENDANT–PETITIONER.

February 15, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Law Division, for correction of the judgment to reflect the proper degree of crimes for which defendant was convicted, to add that the sentence for the robbery was an extended term, and to reconsider the period of parole supervision imposed.

Jurisdiction is not retained.

57 A.3d 1100

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BOBBY LUGO, DEFENDANT–PETITIONER,

February 15, 2011.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, for the sentencing court to provide on the record a statement of reasons for the sentence imposed as required under *Rule* 3:21–4(g). Jurisdiction is not retained.